UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TIFFANY SHANDAIL DEATON On behalf of H.L.D., a minor, <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO Commissioner of the Social Security Administration, <br><br> Defendant. | ) ) ) ) ) ) ) ) No. 4:25-cv-00051-TWP-KMB ) ) ) ) ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date: 2/20/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Daniel R Janes
Social Security Adminsitration
daniel.janes@ssa.gov

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov

Adriana Maria de la Torre
Tower Law Group
adriana@towerlawgroup.com